IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00050-CMA-MEH

HANNAH LOFLAND, for herself and as next friend of her minor sons,
WILLIAM LOFLAND, and
CHRISTOPHER LOFLAND,

    Plaintiffs,

v.

PERRY PARK FILING #3 ARCHITECTURAL CONTROL COMMITTEE, and
JAMES CASSIDY,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 21, 2016**.

    In light of the settlement of this case (docket #22) and the joint motion for entry of consent decree (docket #24), the Plaintiffs' Motion for Partial Judgment on the Pleadings [filed March 30, 2016; docket #16] is **denied without prejudice** as moot.