**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 16-cv-00050-CMA-MEH

HANNAH LOFLAND, for herself and as next friend of her minor sons,
WILLIAM LOFLAND, and
CHRISTOPHER LOFLAND,

      Plaintiffs,

v.

PERRY PARK FILING #3 ARCHITECTURAL CONTROL COMMITTEE, and
JAMES CASSIDY,

      Defendants.

---

## CONSENT DECREE

---

1.      The Parties hereto, desiring to settle this action by an appropriate Consent Decree ("Decree"), agree to the jurisdiction of this Court over the Parties and the subject matter of this action, and agree to the power of this Court to enter a Decree enforceable against Defendants.

2.      This Decree is final and binding upon the Parties as to the issues resolved, as well as upon their successors and assigns.

3.      The Parties hereto agree that this Decree fairly resolves the issues alleged by Plaintiffs and constitutes a complete resolution of all Plaintiffs' claims of violation of the Fair Housing Act that were made against Defendants in this litigation.

4.      The Court has jurisdiction over the Parties and the subject matter of this lawsuit. The Court shall retain jurisdiction of this action for the duration of the Decree for the

purposes of entering all orders, judgments, and decrees which may be necessary to implement the relief provided herein.

5.      Defendants acknowledge that the prevailing law would mandate the following reasonable accommodations to the Revised Protective Covenants Perry Park Filing No. 3:

      a.      Plaintiffs park a special needs recreational vehicle adjacent to their home at 6671 Wauconda Dr. Larkspur, CO 80118 ("Home"); and

      b.      Plaintiffs install a fence in the approximate style and type as attached hereto as Exhibit A where necessary around their Home to ensure that William Lofland does not leave the home unsupervised.

6.      Based on the foregoing, this Court hereby ORDERS as follows:

      a.      Defendants will take no action to prevent the actions described in Paragraph 5;

      b.      Defendant Perry Park Filing #3 Architectural Control Committee ("ACC") will place no conditions on the actions described in Paragraph 5; and

      c.      Defendant ACC will evaluate any future requests by Plaintiffs for reasonable accommodations for William's disability in accordance with the requirements of the Fair Housing Act, 42 U.S.C. § 3602 *et seq.* and its implementing regulations and guidance.

DATED:  April 22, 2016                    BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge